**Fill in this information to identify the case:**

Debtor name        **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **19-43757**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2020**          X **/s/ Richard H. Lynch**
                                              Signature of individual signing on behalf of debtor

                                              **Richard H. Lynch**
                                              Printed name

                                              **President and Chief Executive Officer**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF MINNESOTA

Case number (if known)     **19-43757**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................     $     239,690.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................     $     0.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................     $     239,690.00

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................     $     43,628,659.33

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................     $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................     +$     2,043,212.97

4.  Total liabilities ....................................................................................................
   Lines 2 + 3a + 3b                                                                                              $     45,671,872.30

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Granite City Restaurant Operations, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **19-43757** |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(If known)* **19-43757** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Brewhouse, 1722 Detroit Street, Ellsworth, IA 50075** | Fee simple | Unknown | Tax records | $239,690.00 |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $239,690.00 |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

### Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Granite City Restaurant Operations, Inc.**                          Case number *(If known)* **19-43757**
Name

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**
       **Liquor licenses**                                    **Unknown**                              **Unknown**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                          **$0.00**
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Granite City Restaurant Operations, Inc.**                    Case number *(If known)* **19-43757**
_____ Name _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $239,690.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $239,690.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $239,690.00 |

**Fill in this information to identify the case:**

Debtor name **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number (if known) **19-43757**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Citizens Bank, N.A.** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$41,130,729.66** | **Unknown** |

**One Park Plaza**
**Suite 400**
**Irvine, CA 92614**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Great Western Bank** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$991,929.67** | **Unknown** |

**225 South Main Avenue**
**Sioux Falls, SD 57104**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number (if know) | **19-43757** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JMB Capital Partners Lending** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $1,506,000.00 | Unknown |
| | **1999 Avenue of the Stars Suite 2040 Los Angeles, CA 90067** | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $43,628,659.33 |
|---|---|---|

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **19-43757**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,000.00** |
|---|---|---|---|
| | **Cherryvale Mall LLC**<br>**PO Box 955607**<br>**Cbl #0467**<br>**Saint Louis, MO 63195-5607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,966.00** |
|---|---|---|---|
| | **Circle Centre Mall LLC**<br>**866980 Reliable Parkway**<br>**Chicago, IL 60686-6900** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281,573.15** |
|---|---|---|---|
| | **Doug Johnson**<br>**PO Box 90406**<br>**Sioux Falls, SD 57109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Drury Development Corp**<br>**721 Emerson Road #200**<br>**Saint Louis, MO 63141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* | **19-43757** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,319.90** |
|---|---|---|---|

**Fallen Timbers Ohio LLC**
**c/o NAMCO Realty LLC**
**150 Great Neck Road #304**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,765.00** |
|---|---|---|---|

**Francis Properties LLC**
**5507 Valley Drive**
**#6**
**Bettendorf, IA 52722**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Indland Commercial Real Estate**
**2901 Butterfield Road**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166,666.65** |
|---|---|---|---|

**Legacy Village Investors LLC**
**25333 Cedar Raod #300**
**Cleveland, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,161.70** |
|---|---|---|---|

**MOAC Mall Holdings LLC**
**60 East Broadway**
**Minneapolis, MN 55425**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226,371.68** |
|---|---|---|---|

**Peterson Companies**
**12500 Fair Lakes Circle #400**
**Fairfax, VA 22033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,225.65** |
|---|---|---|---|

**PPF RTL ROSEDALE SHOPPING CENT**
**29974 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number (if known) | **19-43757** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,743.61 |
|---|---|---|---|

**Regency Centers LP**
**1568 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $557,028.78 |
|---|---|---|---|

**Store Master Funding I, LLC**
**8377 East Hartford Drive**
**#100**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130,565.65 |
|---|---|---|---|

**SVH Real Estate, Inc**
**250 W 96th Street**
**Indianapolis, IN 46260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126,657.50 |
|---|---|---|---|

**University Mark Mall, LLC**
**c/o Simon Properties**
**867525 Reliable Parkway**
**Chicago, IL 60686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,021.94 |
|---|---|---|---|

**Weingarten Realty Investors**
**PO Box 301074**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,145.76 |
|---|---|---|---|

**WEST ACRES DEVELOPMENT LLP**
**3902 13th AVenue South**
**#3717**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| Debtor | **Granite City Restaurant Operations, Inc.** | | Case number (if known) | **19-43757** |
| --- | --- | --- | --- | --- |
| | Name | | | |

|  |  | Total of claim amounts | |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,043,212.97** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,043,212.97** |

**Fill in this information to identify the case:**

Debtor name    **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **19-43757**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Rockford, IL location** | |
| | State the term remaining | **20 months** | **Cherryvale Mall LLC**<br>**PO Box 955607**<br>**Cbl #0467**<br>**Saint Louis, MO 63195-5607** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Indianapolis, IN location** | |
| | State the term remaining | **43 months** | **Circle Centre Mall LLC**<br>**866980 Reliable Parkway**<br>**Chicago, IL 60686-6900** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Sioux Falls, SD location** | |
| | State the term remaining | **133 months** | **Doug Johnson**<br>**PO Box 90406**<br>**Sioux Falls, SD 57109** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Kansas City, MO location** | |
| | State the term remaining | **127 months** | **Doug Johnson**<br>**PO Box 90406**<br>**Sioux Falls, SD 57109** |
| | List the contract number of any government contract | | |

Debtor 1   **Granite City Restaurant Operations, Inc.**                                  Case number (if known)   **19-43757**
‎           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Franklin, TN location** | |
|---|---|---|---|
| | State the term remaining | **89 months** | **Drury Development Corp** |
| | List the contract number of any government contract | | **721 Emerson Road #200** **Saint Louis, MO 63141** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Maumee, OH location** | |
|---|---|---|---|
| | State the term remaining | **38 months** | **Fallen Timbers Ohio LLC** **c/o NAMCO Realty LLC** |
| | List the contract number of any government contract | | **150 Great Neck Road #304** **Great Neck, NY 11021** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Des Moines, IA location** | |
|---|---|---|---|
| | State the term remaining | **46 months** | **Francis Properties LLC** **5507 Valley Drive** |
| | List the contract number of any government contract | | **#6** **Bettendorf, IA 52722** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Beachwood, OH location** | |
|---|---|---|---|
| | State the term remaining | **56 months** | **Legacy Village Investors LLC** |
| | List the contract number of any government contract | | **25333 Cedar Raod #300** **Cleveland, OH 44124** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Minneapolis, MN (MOA) location** | |
|---|---|---|---|
| | State the term remaining | **12 months** | **MOAC Mall Holdings LLC** |
| | List the contract number of any government contract | | **60 East Broadway** **Minneapolis, MN 55425** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Oxon Hill, MD location (Cadillac Ranch)** | |
|---|---|---|---|
| | State the term remaining | **51 months** | **Peterson Companies** **12500 Fair Lakes Circle #400** |
| | List the contract number of any | | **Fairfax, VA 22033** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **Granite City Restaurant Operations, Inc.** | | Case number (*if known*) | **19-43757** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Oxon Hill, MD location** | |
|---|---|---|---|
| | State the term remaining | **80 months** | **Peterson Companies** |
| | List the contract number of any government contract | | **12500 Fair Lakes Circle #400** |
| | | | **Fairfax, VA 22033** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Roseville, MN location** | |
|---|---|---|---|
| | State the term remaining | **26 months** | **PPF RTL ROSEDALE SHOPPING CENT** |
| | List the contract number of any government contract | | **29974 Network Place** |
| | | | **Chicago, IL 60673** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Northbrook, IL location** | |
|---|---|---|---|
| | State the term remaining | **141 months** | **Regency Centers LP** |
| | List the contract number of any government contract | | **1568 Solutions Center** |
| | | | **Chicago, IL 60677** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Davenport, IA location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Eagan, MN location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Olathe, KS location** | **Store Master Funding I, LLC** |
|---|---|---|---|
| | | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| Debtor 1 | **Granite City Restaurant Operations, Inc.** | | Case number (*if known*) | **19-43757** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **114 months** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Naperville, IL location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Schaumburg, IL location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for St. Cloud, MN location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Troy, MI location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Detroit, MI location** | |
|---|---|---|---|
| | State the term remaining | **114 months** | **Store Master Funding I, LLC** |
| | List the contract number of any government contract | | **8377 East Hartford Drive #100** |
| | | | **Scottsdale, AZ 85255** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Granite City Restaurant Operations, Inc.** | | | Case number (*if known*) | **19-43757** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Carmel, IN location** | |
|---|---|---|---|
| | State the term remaining | **51 months** | **SVH Real Estate, Inc.**<br>**250 W 96th Street**<br>**Indianapolis, IN 46260** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Northville, MI location** | |
|---|---|---|---|
| | State the term remaining | **124 months** | **The Indland Real Estate Groupo**<br>**2901 Butterfield Road**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Pittsburgh, PA location (Cadillac Ranch)** | |
|---|---|---|---|
| | State the term remaining | **60 months** | **The Indland Real Estate Groupo**<br>**2901 Butterfield Road**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Mishawaka, IN location** | |
|---|---|---|---|
| | State the term remaining | **44 months** | **University Mark Mall, LLC**<br>**c/o Simon Properties**<br>**867525 Reliable Parkway**<br>**Chicago, IL 60686** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Miami, FL location** | |
|---|---|---|---|
| | State the term remaining | **21 months** | **Weingarten Realty Investors**<br>**PO Box 301074**<br>**Dallas, TX 75303** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Restaurant lease for Fargo, ND location** | |
|---|---|---|---|
| | State the term remaining | **24 months** | **WEST ACRES DEVELOPMENT LLP**<br>**3902 13th AVenue South**<br>**#3717**<br>**Fargo, ND 58103** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Granite City Restaurant Operations, Inc.** | | | Case number *(if known)* | **19-43757** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

**Fill in this information to identify the case:**

Debtor name    **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number (if known)    **19-43757**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Granite City Food & Brewery Lt** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **Citizens Bank, N.A.** | ☑ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Granite City Food & Brewery Lt** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **Great Western Bank** | ☑ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Granite City Food & Brewery Lt** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **JMB Capital Partners Lending** | ☑ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Granite City of Indiana, Inc.** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **Citizens Bank, N.A.** | ☑ D  **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 **Granite City of Indiana, Inc.** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **Great Western Bank** | ☑ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* | **19-43757** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Granite City of Indiana, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Granite City of Kansas, Ltd.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Granite City of Kansas, Ltd.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Granite City of Kansas, Ltd.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.10 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.11 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.12 | **Granite City of Maryland, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.13 | **Granite City-Arkansas, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* | **19-43757** |

▌ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 **Granite City-Arkansas, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.15 **Granite City-Arkansas, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.16 **Granite City-Creve Coeur, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.17 **Granite City-Creve Coeur, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.18 **Granite City-Creve Coeur, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.19 **Granite City-Orland Park, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.20 **Granite City-Orland Park, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.21 **Granite City-Orland Park, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* | **19-43757** |

---

| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |

| 2.22 | **Granite City-Peoria, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.23 | **Granite City-Peoria, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Granite City-Peoria, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.26 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Granite City-Rockford, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.28 | **Grante City of Ohio, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Citizens Bank, N.A.** | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Grante City of Ohio, Inc.** | 3600 American Blvd. West #400 Minneapolis, MN 55431 | **Great Western Bank** | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* | **19-43757** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | **Grante City of Ohio, Inc.** | **3600 American Blvd. West #400 Minneapolis, MN 55431** | **JMB Capital Partners Lending** | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Granite City Restaurant Operations, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   **19-43757**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$119,482,180.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$127,646,079.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$132,505,097.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | **Interest** | **$264.00** |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Granite City Restaurant Operations, Inc.**    Case number *(if known)* **19-43757**

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Francis Properties LLC v. Granite City Restaurant Operations Inc** 05771 LACL 146480 | **Civil** | **Polk County District Court 500 Mulberry Des Moines, IA 50309-4238** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Debtor | **Granite City Restaurant Operations, Inc.** | | Case number *(if known)* | **19-43757** |

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Granite City Restaurant Operations, Inc.**                                Case number *(if known)*   **19-43757**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | **Granite City Restaurant Operations, Inc.** | Case number *(if known)* **19-43757** |
|---|---|---|

**Part 12:     Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

---

Debtor   **Granite City Restaurant Operations, Inc.**                    Case number *(if known)*   **19-43757**

---

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard H Lynch | 2730 W Lake St #610 Minneapolis, MN 55416 | President and Chief Executive Officer, Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nate Hjelseth | 3600 American Blvd W, Ste 400 Minneapolis, MN 55431 | Chief Financial Officer and Secretary, Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Granite City Food & Brewery ltd. | EIN:   41-1883639 |

---

Debtor    **Granite City Restaurant Operations, Inc.**                  Case number *(if known)* **19-43757**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☒ No
   ☐ Yes. Identify below.

   | Name of the pension fund | Employer Identification number of the parent corporation |
   |---|---|

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2020**

**/s/ Richard H. Lynch**                           **Richard H. Lynch**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President and Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re  **Granite City Restaurant Operations, Inc.**                             Case No.  **19-43757**
_____            _____
                                        Debtor(s)            Chapter  **11**
                                                              _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.        Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept  ............................ $  **See Application to Employ**
Prior to the filing of this statement I have received  .............. $  **See Application to Employ**
Balance Due  ......................................................................... $  **See Application to Employ**

2.    The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. Representation of the debtor in contested bankruptcy matters; and

   E. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **January 13, 2020**

Signature of Attorney
**/s/ James M. Jorissen**
**James M. Jorissen**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
### District of Minnesota

In re   **Granite City Restaurant Operations, Inc.** _____   Case No.   **19-43757** _____

Debtor(s)   Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **-NONE-** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 13, 2020** _____

Signature   **/s/ Richard H. Lynch** _____
          **Richard H. Lynch**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Minnesota

In re   **Granite City Restaurant Operations, Inc.**            Case No.   **19-43757**

                           Debtor(s)            Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 13, 2020**                  **/s/ Richard H. Lynch**

                                         **Richard H. Lynch/President and Chief Executive Officer**
                                         Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

# United States Bankruptcy Court
## District of Minnesota

In re   **Granite City Restaurant Operations, Inc.**

Debtor(s)

Case No.   **19-43757**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Granite City Restaurant Operations, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Granite City Food & Brewery Ltd.

☐ None [*Check if applicable*]

**January 13, 2020**

Date

**/s/ James M. Jorissen**

**James M. Jorissen**

Signature of Attorney or Litigant

Counsel for   **Granite City Restaurant Operations, Inc.**

**Taft Stettinius & Hollister LLP**

**80 South 8th Street**
**Minneapolis, MN 55402**
**612-977-8400 Fax:612-977-8650**
**jjorissen@taftlaw.com**