**Granite City Food & Brewery**
DIP Budget

| Week Ending<br>Projected Week (FY WEEK)<br>Budget v. Actual | 12/24/2019<br>Week 1<br>Budget | 12/31/2019<br>Week 2<br>Budget | 1/7/2020<br>Week 3<br>Budget | 1/14/2020<br>Week 4<br>Budget | 1/21/2020<br>Week 5<br>Budget | 1/28/2020<br>Week 6<br>Budget | 2/4/2020<br>Week 7<br>Budget | 2/11/2020<br>Week 8<br>Budget | 2/18/2020<br>Week 9<br>Budget | 2/25/2020<br>Week 10<br>Budget | 3/3/2020<br>Week 11<br>Budget | 3/10/2020<br>Week 12<br>Budget | 3/17/2020<br>Week 13<br>Budget | Post-Petition<br>Period<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash receipts (Sales + 8.122% sales tax) | $ 2,539,926 | $ 2,245,195 | $ 2,295,105 | $ 2,295,105 | $ 2,295,105 | $ 2,295,105 | $ 2,239,208 | $ - | $ - | $ - | $ - | $ - | $ - | $ 16,204,749 |
| Wort Sales | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Costco/Sam's Gift Card | 50,400 | 259,200 | 97,200 | 23,200 | 48,300 | 4,200 | - | - | - | - | - | - | - | 482,500 |
| Other Gift Cards Sold | 300,310 | 60,350 | 21,164 | 18,801 | 14,452 | 15,535 | 13,173 | - | - | - | - | - | - | 443,785 |
| Gift cards redeemed | (173,849) | (180,069) | (154,766) | (131,609) | (117,056) | (113,387) | (106,372) | - | - | - | - | - | - | (977,108) |
| Other | (16,444) | (14,536) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | - | - | - | - | - | - | (55,980) |
| **Total Cash Receipts from Operations** | 2,700,344 | 2,370,140 | 2,253,703 | 2,200,497 | 2,235,801 | 2,196,453 | 2,141,009 | - | - | - | - | - | - | 16,097,947 |
| Food & Beverage | 549,948 | 519,399 | 592,684 | 564,218 | 493,235 | 580,984 | 580,984 | - | - | - | - | - | - | 3,881,452 |
| Payroll Related | 97,134 | 1,584,180 | 102,205 | 1,520,059 | 98,068 | 1,550,083 | 100,005 | - | - | - | - | - | - | 5,051,735 |
| Incentive Compensation | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Rent (includes CAM) | 250,000 | 1,055,732 | - | - | - | - | 1,305,732 | - | - | - | - | - | - | 2,611,464 |
| Rent - Payment Delayed/settlements | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| (Holding)/Repaying Rents in Arrears | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales Tax | 329,557 | 40,354 | 266,812 | 266,812 | 266,812 | 266,812 | 138,131 | - | - | - | - | - | - | 1,575,290 |
| Insurance | 49,377 | 42,877 | 64,434 | 52,819 | 57,869 | 52,819 | 99,532 | - | - | - | - | - | - | 419,729 |
| Property Tax | 110,281 | 104,744 | - | 21,759 | - | - | 69,047 | - | - | - | - | - | - | 305,831 |
| Capital Expenditures | 15,000 | 15,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | - | - | - | - | - | - | 155,000 |
| Great Western Bank | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Credit Card Fees | - | - | 153,315 | 35,000 | - | - | 137,527 | - | - | - | - | - | - | 325,842 |
| Other Operating | (8,693) | (8,693) | 51,037 | (15,719) | (15,719) | 276 | 45,822 | - | - | - | - | - | - | 48,310 |
| Non-Prime | 42,555 | 36,251 | 12,365 | 33,575 | 33,575 | 33,575 | 75,966 | - | - | - | - | - | - | 267,863 |
| Store-Level Direct Operating | 147,995 | 130,822 | 173,051 | 173,051 | 173,051 | 173,051 | 129,826 | - | - | - | - | - | - | 1,100,848 |
| Repair & Maintenance | 44,633 | 39,454 | 56,846 | 56,846 | 56,846 | 56,846 | 44,556 | - | - | - | - | - | - | 356,030 |
| Utilities | 77,521 | 68,526 | 106,922 | 106,922 | 106,922 | 106,922 | 87,347 | - | - | - | - | - | - | 661,082 |
| Legal Fees | - | - | 22,117 | - | - | - | - | - | - | - | - | - | - | 22,117 |
| Marketing | 4,827 | 4,827 | 40,123 | 22,376 | 22,376 | 23,339 | 37,331 | - | - | - | - | - | - | 155,199 |
| Corp Credit Card | 90,000 | - | - | - | 90,000 | - | - | - | - | - | - | - | - | 180,000 |
| (Holding)/Repaying AP in Arrears | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Cash Disbursements from Operations** | 1,800,136 | 3,633,474 | 1,666,911 | 2,862,720 | 1,408,036 | 2,869,707 | 2,876,807 | - | - | - | - | - | - | 17,117,792 |
| **Operating Net Cash Flow** | 900,207 | (1,263,334) | 586,792 | (662,223) | 827,765 | (673,254) | (735,798) | - | - | - | - | - | - | (1,019,845) |
| **Chaper 11 Related Cash Flows** | | | | | | | | | | | | | | |
| Debtor Bankruptcy Counsel | $ 60,000 | $ 40,000 | $ 70,000 | $ 70,000 | $ 90,000 | $ 80,000 | $ 80,000 | $ 40,000 | $ 35,000 | $ 25,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 650,000 |
| Debtor Investment Bank | - | - | 50,000 | - | - | - | - | - | - | - | - | - | - | 50,000 |
| Restructuring Advisor | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 412,500 |
| Noticing Agent | 23,220 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 3,836 | 69,252 |
| Court Filing Fee/ US Trustee Fee | - | - | - | - | - | 60,000 | - | - | - | - | - | - | - | 60,000 |
| DIP Interest/ Principal | - | 11,250 | - | - | - | - | 37,500 | - | - | - | - | - | - | 48,750 |
| Hilco | - | - | - | - | - | - | 225,000 | - | - | - | - | - | - | 225,000 |
| Lender Professionals | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 18,750 | 243,750 |
| DIP Lender Professionals | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | - | - | - | - | - | - | 210,000 |
| Creditor Committee | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 200,000 |
| Utility Deposits | 150,000 | - | - | - | - | - | - | - | - | - | - | - | - | 150,000 |
| Sale/Financing Success Fee | 25,000 | - | 10,000 | - | - | - | - | - | - | - | - | - | - | 35,000 |
| KERP/ KEIP | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Landlord Cure | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Tax Cure | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale Proceeds | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Food Vendor Cure (PACA) | 250,000 | - | - | - | - | - | - | - | - | - | - | - | - | 250,000 |
| **Total Bankruptcy Costs** | 614,470 | 161,336 | 240,086 | 180,086 | 200,086 | 287,586 | 415,086 | 97,586 | 92,586 | 82,586 | 77,586 | 77,586 | 77,586 | 2,604,252 |
| **Net Cash Flows** | 285,737 | (1,424,670) | 346,706 | (842,309) | 627,679 | (960,840) | (1,150,884) | (97,586) | (92,586) | (82,586) | (77,586) | (77,586) | (77,586) | (3,624,097) |
| **Beginning Cash Balance** | $ 2,209,111 | $ 4,994,849 | $ 3,570,179 | $ 4,916,885 | $ 4,074,576 | $ 4,702,255 | $ 3,741,415 | $ 2,590,530 | $ 2,492,944 | $ 2,400,358 | $ 2,317,772 | $ 2,240,186 | $ 2,162,600 | $ 2,209,111 |
| Change in Cash | 285,737 | (1,424,670) | 346,706 | (842,309) | 627,679 | (960,840) | (1,150,884) | (97,586) | (92,586) | (82,586) | (77,586) | (77,586) | (77,586) | (3,624,097) |
| DIP Facility Draw / (Repayment) | 2,500,000 | - | 1,000,000 | - | - | - | - | - | - | - | - | - | - | 3,500,000 |
| **Ending Cash Balance** | $ 4,994,849 | $ 3,570,179 | $ 4,916,885 | $ 4,074,576 | $ 4,702,255 | $ 3,741,415 | $ 2,590,530 | $ 2,492,944 | $ 2,400,358 | $ 2,317,772 | $ 2,240,186 | $ 2,162,600 | $ 2,085,014 | $ 2,085,014 |
| **Running DIP Balance** | 4,000,000 | 4,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 | 5,000,000 |